UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>-against-<br><br>ISAAC ODURO BOATENG,<br><br>                        Defendant. | 23-cr-263 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Defendant Isaac Boateng has filed a motion for release from custody. *See* Dkt. 13. The Government should respond to the motion by August 15, 2025, and the Court will address the motion at the August 18, 2025 hearing. If Boateng seeks expedited hearing of this motion, he should advise the Court.

    SO ORDERED.

Dated: August 13, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge