UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ISAAC ODURO BOATENG, a/k/a "Kofi Boat," INUSAH AHMED, a/k/a "Pascal," DERRICK VAN YEBOAH, a/k/a "Van," and PATRICK KWAME ASARE, a/k/a "Borgar,"<br><br>Defendants. | 23-cr-263 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Monday, August 18, 2025 at 3:00 PM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: August 15, 2025
       New York, New York

                                                   ARUN SUBRAMANIAN
                                                   United States District Judge