*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 19, 2025

**VIA ECF AND EMAIL**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Boateng et al.*, 23 Cr. 263 (AS)

Dear Judge Subramanian:

The Government respectfully submits this letter following the initial pretrial conference in this matter, which took place yesterday on August 18, 2025, regarding a potential conflict issue in this case.

As discussed at the conference, the Government is aware that the attorneys currently representing defendants Isaac Oduro Boateng and Inusah Ahmed previously represented Mona Montrage, another charged defendant in the Government's investigation, during various stages of her criminal matter in this District. *See United States v. Montrage*, 22 Cr. 617 (JPO). The Government's case against Ms. Montrage concluded on July 2, 2024, *see Montrage*, 22 Cr. 617 (JPO), Dkt. No. 45. The Government further understands that Ms. Montrage completed her sentence and was released from custody in May 2025. In addition, there are no pending matters in connection with that case.

Since the case involving Ms. Montrage has concluded, the Government is unaware of any potential conflict of interest with counsel in the instant case due to their prior representation. Nonetheless, and out of an abundance of caution, the Government respectfully requests that the Court inquire of the relevant parties to confirm that there are no potential conflict issues to be addressed at this time. *See United States v. Levy*, 25 F.3d 146, 153 (2d Cir. 1994) (Where a district court is made aware of "even the possibility of a conflict of interest," the court "must investigate the facts and details of the attorney's interests to determine whether the attorney in fact suffers from an actual conflict, a potential conflict, or no genuine conflict at all.").

The Government remains available to answer any further questions of the Court.

Mr. Cortez and Ms. Fast should provide the Government's letter to their clients and discuss the circumstances of their prior representation of Ms. Montrage with them. The Court will hold a hearing on August 28, 2025 at 10:00 AM (or another agreed-upon date if counsel is unavailable) to address this issue, confirm with Mr. Boateng and Mr. Ahmed that they understand the issue that has been raised, and, if they agree, to waive any conflict.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 20, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: */s/ Kevin Mead*
    Kevin Mead
    Mitzi Steiner
    Assistant United States Attorneys
    (212) 637-2211/2284

cc: Counsel of Record (by ECF)