

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 6, 2026

**VIA ECF AND EMAIL**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:** **United States v. Boateng et al., 23 Cr. 263 (AS)**

Dear Judge Subramanian:

   The parties write jointly to request that the Court adjourn the status conference currently scheduled for May 13, 2026, by approximately 30 days, since the parties are currently engaged in discussions of potential pretrial dispositions in this matter. The Government respectfully requests that the Court exclude time under the Speedy Trial Act between May 13, 2026 and the date of the next conference because such an exclusion is in the interests of justice so that the defendants can review the discovery and the parties can continue discussing potential pretrial dispositions. 18 U.S.C. § 3161(h)(7)(A). The defendants consent to the exclusion of time.

Application GRANTED. The conference will now be held on Tuesday, June 16, 2026, at 4:00 PM.

IT IS FURTHER ORDERED that the time between May 13, 2026, and June 16, 2026, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to discuss potential pretrial dispositions.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: May 7, 2026

   Respectfully submitted,

   JAY CLAYTON
   United States Attorney

By: */s/ Kevin Mead*
   Kevin Mead
   Mitzi Steiner
   Assistant United States Attorneys
   (212) 637-2211/2284

  cc: Counsel of Record (by ECF)